UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHADWICK HAMBY | DOCKET NO. 1:12cr73<br><br>BILL OF INFORMATION<br><br>Violation:<br>18 U.S.C. § 2252(a)(2) |

FILED
ASHEVILLE, NC
JUL 1 2 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about September 10, 2011, in Henderson County, within the Western District of North Carolina, and elsewhere,

**CHADWICK HAMBY**

did knowingly receive a visual depiction that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 18 U.S.C. § 2253(a) and 21 U.S.C. § 853. The defendant has or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with section 2253 and/or section 853:

(a) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received as a result of the violations set forth herein;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations set forth herein;

(c) any property used or intended to be used to commit or to promote the commission of the violations set forth herein, or any property traceable to such property; and

(d) in the event that any property described in (a), (b), (c), or (d) cannot be located or recovered or has been substantially diminished in value or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, to the extent of the value of the property described in (a), (b), (c), and (d).

The following property is subject to forfeiture on one or more of the grounds stated above:

1) Flip video camera, serial number MB1014019979

2) Dell HP Pavilion laptop model dv9700, serial number CNF8260Y9V

3) Toshiba laptop, serial number 6B130080R


ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*[signature]*

DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY

2