# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00073-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **CHAD HAMBY.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Memorandum in Support of Order of Restitution [Doc. 22].

At the time of sentencing the Court expressly left open for ninety days the issue of restitution pursuant to 18 U.S.C. §§ 3663A and 3664(d)(5). Only seven days before the expiration of that ninety days the Government filed its Memorandum regarding restitution and accompanying documents. Attached to that Memorandum, however, are supporting documents provided to the Government that are dated on the same date as the Government's filing, [Doc. 22-3 and 22-4], and one dated six days prior thereto [see Doc. 22-2]. In light of the very late receipt of these documents by the Government, the Court will construe the Government's filing as a request to extend the restitution period by 60 days pursuant to 18 U.S.C. § 3664(d)(5). The Court finds good cause for the late filing of the

Government's documentation and support. In the interest of justice, the extension sought by the Government will be granted.

**IT IS, THEREFORE, ORDERED** that the period for the determination of restitution is extended through and including February 21, 2014.

**IT IS FURTHER ORDERED** that the time within which Defendant shall file his response to the Government's restitution memorandum [Doc. 22] is extended up through and including January 16, 2014.

**IT IS SO ORDERED.**

Signed: January 2, 2014

Martin Reidinger
United States District Judge