IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|              Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW1:12CR73-1 |
| | ) | (Financial Litigation Unit) |
| CHADWICK HAMBY, | ) | |
|              Defendant. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Teachers' and State Employees' Retirement System of North Carolina:

An amended judgment was entered on February 10, 2014, (Doc No. 25) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Chadwick Hamby, whose last known address is XXXXXXXXXXXXXXXXX, Atlanta, Georgia 30315, in the sum of $29,567.00. The balance on the account as of March 18, 2014 is $29,467.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Teachers' And State Employees' Retirement System Of North Carolina is commanded to **turn over property,** in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Chadwick Hamby, Social Security Number XXX-XX-0337, has a substantial nonexempt interest, the said property being any and all funds located in accounts, associated to member ID XXXXXXX, held by Teachers' and State Employees' Retirement System of North Carolina in the name of Chadwick Hamby, at the following address:

Department of State Treasurer
Retirement Systems Division
325 North Salisbury Street
North Carolina, Raleigh 27603-1385

Signed: March 19, 2014

Dennis L. Howell
United States Magistrate Judge